

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    Plaintiff, )<br>vs. )<br>DOMINIC DAVID VIEK, )<br>                    Defendant. ) | 2:08-CR-268-RLH-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#31) on July 23, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee:  Nevada State Bank
Amount of Restitution: $6,546.00

Name of Payee:  U.S. Bank
Amount of Restitution: $1,845.00

Name of Payee:  Romel Yum Guevarra
Amount of Restitution: $592.00

**Total Amount of Restitution Ordered:** $8,983.00

Dated this ___17___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE